IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gail Harper, | NO. C 11-01306 JW |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Ryan Lugbauer, et al., | |
| Defendants. | |

On September 19, 2011, the Court vacated the Case Management Conference in this case pending resolution of a number of Motions. (See Docket Item No. 61.) On September 22, 2011, the Court issued an Order addressing those Motions. (See Docket Item No. 63.) On November 29, 2011, the Court issued another Order addressing two further Motions to Dismiss. (See Docket Item No. 76.) In that Order, the Court granted Plaintiff leave to amend her Complaint on or before December 12, 2011. (Id. at 8.)

In light of these Orders, the Court sets **January 23, 2012 at 10 a.m.** for a Case Management Conference. On or before **January 13, 2012**, the parties shall submit a Joint Case Management Statement including, *inter alia*, a good faith proposed schedule for discovery.

Dated: November 30, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cherokee Dawn-Marie Melton melton@kerrwagstaffe.com
David Jerome Kennedy davidjkennedyatty68v@gmail.com
Edward Joseph Rodzewich Edward.Rodzewich@farmersinsurance.com
Gail Ellen Harper crimlaw5@gmail.com
James Matthew Wagstaffe wagstaffe@kerrwagstaffe.com
Joshua Seth White joshua.white@sfgov.org
Matthew Robert Halloran mhalloran@bledsoelaw.com
Richard Michael Lieberman michael@spark84.com
Richard S. Diestel rdiestel@bledsoelaw.com

**Dated:  November 30, 2011**                              **Richard W. Wieking, Clerk**

                                                 **By:    /s/ JW Chambers**
                                                     **Susan Imbriani**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California