EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
**VALERIAN, PATTERSON & STRATMAN**
1650 Harbor Bay Parkway, Suite 100
Alameda, CA 94502-3013
Phone: (510) 521-0612
Fax: (510) 337-0125
edward.rodzewich@farmersinsuarnce.com

Attorney for Defendants,
GARY DUNN and JENNIFER DUNN

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GAIL HARPER, | Case No.: C 11-01306 JW |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| vs. | |
| RYAN LUGBAUER; et al., | |
| Defendants. | |

## STIPULATION

IT IS NOW STIPULATED that Plaintiff GAIL HARPER and defendants GARY DUNN and JENNIFER DUNN have stipulated to a dismissal of this entire action, with prejudice, as to defendants GARY DUNN and JENNIFER DUNN only. This stipulation is pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties have executed and signed a separate written settlement agreement. The parties request that an order dismissing this lawsuit be signed and filed.

WE STIPULATE TO THE DISMISSAL:

4-30-12
Date

_____
Gail Harper, Esq. Plaintiff In Pro Per

5-15-12
Date

_____
Edward J. Rodzewich, Esq. Attorney for defendant
GARY DUNN and JENNIFER DUNN

## ORDER

IT IS NOW ORDERED that this matter be dismissed, with prejudice, as to defendants GARY DUNN and JENNIFER DUNN only, pursuant to Federal Rules of Civil Procedure 41(a)(1).

May 16, 2012
Date

_____
JAMES WARE
United States District Court Chief Judge