UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GAIL HARPER, | |
|---|---|
| Plaintiff, | Case No. 11-cv-01306-JST |
| v. | **SCHEDULING ORDER** |
| RYAN LUGBAUER, et al., | |
| Defendants. | |

The Court hereby sets the following case schedule deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| **Fact discovery cut-off** | **August 2, 2013** |
| **Expert disclosures** | **September 13, 2013** |
| **Expert discovery cut-off** | **September 20, 2013** |
| **Deadline for filing dispositive motions** | **September 27, 2013** |

Counsel may not stipulate to modify the foregoing dates without Court approval. The parties shall comply at all times with the standing orders of this Court, which are available at cand.uscourts.gov/jstorders.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation.

1  The parties should proceed to prepare their cases for trial.  No continuance (even if stipulated)
2  shall be granted on the ground of incomplete preparation without competent and detailed
3  declarations setting forth good cause.

Dated: April 2, 2013

_____
JON S. TIGAR
United States District Judge