GAIL HARPER
ATTORNEY AT LAW
P.O. BOX 330057
SAN FRANCISCO, CA 94133
(415) 291-8469
FAX (415) 433-2230

June 1, 2013

The Hon. Jon S. Tigar, Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**
JUN 0 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   Harper v. Lugbauer, et al.
      Case No. 11-CV-01306-JST

Dear Judge Tigar:

    On April 2, 2013, counsel for all parties in the above matter appeared before this Court for a case management conference.

    During the case management conference I requested that discovery matters be reassigned from Magistrate Judge Nandor J. Vadas, who sits in Eureka, California, to a magistrate in San Francisco, because Magistrate Vadas' assignment presents greater logistical difficulties than would assignment to a local magistrate. Although no reference was made in the minutes or the scheduling order dated April 2, 2013, my understanding following the conference was that this Court had agreed to reassign discovery disputes to a local magistrate if this Court decides not to hear discovery motions personally.

    I anticipate numerous discovery disputes that will have to be resolved soon, as fact discovery closes on August 2, 2013.

    I respectfully request that this Court reassign discovery disputes in the above matter, as discussed at the case management conference, either to a local magistrate or to this Court.

Dated: June 4, 2013

**DENIED WITHOUT PREJUDICE**
Judge Jon S. Tigar

Thank you.

Yours very truly,

GAIL HARPER

GH/gh
cc:   Alison M. Crane, counsel for W.B. Coyle
      R. Michael Lieberman, counsel for Larry Page
      David J. Kennedy, pro per and counsel for Marcia Clay and Ryan Lugbauer
      Elizabeth Pederson, Office of the City Attorney