UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GAIL HARPER,<br>　　　　Plaintiff,<br>　　v.<br>RYAN LUGBAUER, et al.,<br>　　　　Defendants. | Case No. 11-cv-01306-JST (NJV)<br><br>**ORDER SETTING SCHEDULING CONFERENCE ON JULY 30, 2013 AT 1:00 PM** |

The district court referred this matter to the undersigned for discovery purposes. Plaintiff Gail Harper has called and emailed the undersigned's chambers numerous times in connection with anticipated discovery disputes. Unfortunately, Plaintiff failed to provide certain relevant information to the undersigned's courtroom deputy, who therefore was unable to address Plaintiff's concerns regarding scheduling matters effectively. (For example, Plaintiff asked to set a discovery matter on less than two weeks' notice on dates when the undersigned would be covering criminal matters in San Francisco and was unavailable for regular civil matters. Plaintiff did not explain why her matter was urgent, or why she needed to set the matter in San Francisco rather than attending the hearing telephonically. Plaintiff then asked the courtroom deputy for "a" hearing date in Eureka, not for the court's first available hearing date in Eureka. Only then did Plaintiff explain that she did not have a landline and thus could not comply with the undersigned's standing orders, which require all telephonic appearances be conducted from a landline.)

The parties are ordered to appear for a scheduling conference before the undersigned on July 30, 2013 at 1:00 p.m. in Courtroom F, on the 15th floor of the United States District Court, at 450 Golden Gate Avenue in San Francisco. Parties who have access to a land-line and wish to

appear by phone may contact the undersigned's courtroom deputy to do so.

**IT IS SO ORDERED**.

Dated: July 23, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge