DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3862
Facsimile:     (415) 554-3837
E-Mail:        elizabeth.pederson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
FORMER CHIEF OF POLICE GEORGE GASCÓN,
CARL T, CHAD ERTOLA and ANNA BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL HARPER,<br><br>    Plaintiff,<br><br>    vs.<br><br>RYAN LUGBAUER, et al.,<br><br>    Defendants. | Case No. CV 11-1306 JST (LB)<br><br>**NOTICE RE DISCOVERY HEARING SET FOR SEPTEMBER 17, 2013; [PROPOSED] ORDER CONTINUING HEARING**<br><br>Hearing Date:  September 17, 2013<br>Time:          10:00 a.m.<br>Place:         Courtroom 205A, 2nd Floor<br>               Eureka, California<br><br>Trial Date:    None Set. |

(With instructions)

At the request of Plaintiff, City Defendants file this notice regarding the hearing on Plaintiff's Motion to Compel Discovery (Dkt. No. 179) currently scheduled before Judge Vadas on September 17, 2013. Plaintiff informed City Defendants this morning that she is at the hospital with a seriously ill family member and cannot make the September 17, 2013 hearing date for that reason. The next available hearing date on Judge Vadas' calendar is Tuesday, October 15, 2013. City Defendants do not object to continuing the hearing from September 17, 2013 to October 15, 2013 in light of Plaintiff's representation and file this notice at her request.

1
2  Dated:  September 13, 2013                    DENNIS J. HERRERA
                                                 City Attorney
3                                                CHERYL ADAMS
                                                 Chief Trial Attorney
4                                                ELIZABETH PEDERSON
                                                 Deputy City Attorney
5

6                                         By  */s/ Elizabeth Pederson*
                                              Elizabeth Pederson
7                                             Attorneys for Defendants
                                              CITY AND COUNTY OF SAN FRANCISCO,
8                                             FORMER CHIEF OF POLICE GEORGE GASCÓN,
                                              CARL T, CHAD ERTOLA and ANNA BROWN
9

10 Dated:  September 13, 2013                    PLAINTIFF GAIL HARPER

11                                        By:  */s/ Gail Harper*
12                                             Gail Harper
                                               Plaintiff In Pro Per
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order to Continue Discovery Hearing        2              n:\lit\li2011\110938\00873002.doc
Case No.:  CV 11-1306 JST (LB)

**ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ordered that the hearing on Plaintiff's Motion to Compel (Dkt. No. 179) scheduled for September 17, 2013 is continued until October 15, 2013 at 10 a.m.

**IT IS SO ORDERED**.

DATED:   September 16, 2013

HON. NANDOR J. VADAS
United States Magistrate Judge

```
Judge Vadas will be sitting in Eureka on October 15, 2013.

The parties may appear telephonically by dialing
1-888-684-8852 and entering
1868782# as the access code.  If the parties do not have access
to a landline from which to initiate the call, they may contact the
courtroom deputy to make arrangements to come to court in San Francisco
and use a phone there.
```