UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GAIL HARPER,<br><br>    Plaintiffs,<br><br>    v.<br><br>RYAN LUGBAUER, et al.,<br><br>    Defendants. | Case No. 11-cv-01306-JST (NJV)<br><br>**ORDER RE: DOCUMENTS PRODUCED IN CAMERA** |

In response to the undersigned's October 17, 2013 Order, Defendants produced a number of documents for *in camera* review. The documents were produced in connection with Plaintiff's request that the City produce "any complaints about SFPD officers relating to their failure to properly investigate reports of sexual assaults between 2005 and 2007, and any disciplinary actions taken against SFPD officers" in connection thereto. The court has reviewed the documents and orders as follows:

Within 3 days, Defendants shall produce to Plaintiff copies of Complaint 365-05 and Complaint 873-05. Defendants shall redact from the documents all victim-identifying information. The documents shall be produced as "highly confidential" and Plaintiff shall not file them in the public docket, nor refer to the names of the officers involved in her briefs or in open court. Should Plaintiff wish to file the documents, she must seek leave to file them under seal pursuant to Local Rule 79-5.

The court finds that the remaining documents produced by Defendants are not relevant to Plaintiff's claims here and therefore need not be produced.

**IT IS SO ORDERED**.

Dated: December 18, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge